# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYCIA B FERGUSON AND LEVI CUBBLER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-01100-DJC-CSK<br><br>Hon. Daniel J Calabretta<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs ALYCIA B FERGUSON AND LEVI CUBBLER ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 May 16, 2025.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $180,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: June 17, 2025　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE