# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYCIA B. FERGUSON and LEVI CUBBLER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01100-DJC-CSK<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES** |

On June 23, 2025, both Parties filed a Joint Stipulation for Order to Continue the Deadline to File Plaintiffs' Motion for Attorney's Fees, Costs, and Expenses.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from July 16, 2025, to September 16, 2025; and

3. The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated:  June 25, 2025                              /s/ Daniel J. Calabretta
                                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                                  UNITED STATES DISTRICT JUDGE