1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT FOR THE**
9             **EASTERN DISTRICT OF CALIFORNIA**
10

11   ALYCIA B. FERGUSON and LEVI
     CUBBLER,                                    Case No.:   2:24-cv-01100-DJC-CSK
12
         Plaintiffs,
13
         v.
14                                               **ORDER GRANTING JOINT**
                                                 **STIPULATION FOR ORDER TO**
15   FORD MOTOR COMPANY; FUTURE                  **CONTINUE THE DEADLINE TO**
     FORD LINCOLN OF ROSEVILLE; and              **FILE PLAINTIFFS' MOTION**
16   DOES 1 through 10, inclusive,               **FOR ATTORNEYS' FEES,**
                                                 **COSTS, AND EXPENSES**
17       Defendants.

18

19       On September 15, 2025, both Parties filed a Joint Stipulation to Continue

20   Court's Jurisdiction Over Settlement filed by the parties.

21       The Court observes that serial requests for extensions are disfavored.  To

22   ensure the parties have sufficient time to resolve Plaintiff's Motion for Attorneys'

23   Fees, Costs, and Expenses, the Court will grant an extension of 60 days.  Further

24   requests for an extension will be disfavored.

25       Having considered the Parties' Joint Stipulation and finding good cause

26   therefore, based on the Joint Stipulation and the Court's own motion, the Court

27   ORDERS as follows:

28   ////

                                    1

1.  The Joint Stipulation is granted;

2.  The Court continues the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from September 16, 2025 to November 17, 2025; and

3.  The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated:  September 16, 2025        /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE