# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

ALYCIA B FERGUSON and LEVI CUBBLER,

    Plaintiffs,

v.

FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive,

    Defendants.

Case No.:   2:24-cv-01100-DJC-CSK

Hon. Daniel J. Calabretta

**ORDER**

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiffs ALYCIA B FERGUSON and LEVI CUBBLER ("Plaintiffs") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $15,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.
2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $15,000.00 to resolve attorneys' fees, costs, and expenses.
3. Payment is to be made to counsel for Plaintiffs by March 2, 2026.
4. Plaintiff's Bills of Costs (Dkt. 24) is thereby withdrawn.

////

5. Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses (Dkt. 26) currently scheduled for January 22, 2026, is thereby withdrawn and vacated.

6. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated:  December 12, 2025         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE